# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JEREMY KENNEDY, ADC #093061                                                                 PETITIONER

v.                                          No. 5:16CV00195-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                           RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Petitioner's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Mr. Kennedy's Petition for Writ of Habeas Corpus (Doc. No. 2) is DISMISSED, and the requested relief is DENIED;

2. Respondent's Motion to Dismiss (Doc. No. 6) based on the Petition being successive is DENIED;

3. Mr. Kennedy's Motion for Summary Judgment, Declaratory Judgment, and Injunctive Relief (Doc. No. 11) is DENIED; and

4. A certificate of appealability will not be issued.

SO ORDERED this 28th day of November, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE